DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

8 DECEMBER 2016

| 404P16 | State v. Samson Jamarco Coleman | Petitioner's *Pro Se* Motion for PDR (COAP16-719) | Denied |
|---|---|---|---|
| 405P16 | State v. Antonio Freeman | Def's Petition for *Writ of Certiorari* to Review Order of Superior Court, Northampton County | Denied |
| 406P16 | State v. Michael A. Sorbello | 1. Def's *Pro Se* Motion for PDR (COAP16-721) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as moot |
| 407P16 | James Cummings v. State of North Carolina | 1. Def's *Pro Se* Motion for Discretionary Review (COAP16-706) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion for Appeal | 2. Dismissed |
| 408P16 | State v. Lowell Thomas Manring | Def's PDR Under N.C.G.S. § 7A-31 (COA16-130) | Denied |
| 410P16 | State v. Joshua Sanchez | 1. State's Motion for Temporary Stay (COA15-1401) | 1. Allowed **11/07/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| 411P16 | Union County v. Town of Marshville | 1. Def's Motion for Temporary Stay | 1. Denied **11/15/2016** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. **Ervin, J., recused** |
| 413P16 | State v. Wesley Patterson | Def's PDR Under N.C.G.S. § 7A-31 (COA15-1145) | Denied |
| 416P16 | State v. Jeremy Rossco Bishop | Def's PDR Under N.C.G.S. § 7A-31 (COA16-276) | Denied |
| 417P16 | State v. Andrew Young | 1. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA15-1003) | 1. Dismissed |
| | | 2. State's Motion to Dismiss Def's Appeal | 2. Dismissed as moot |
| 424P16 | Corey D. Greene v. Susan White | Petitioner's *Pro Se* Motion for Notice of Appeal (COAP16-828) | Denied **12/02/2016** |
| 426P06-2 | State v. Billy Thomas Pearson | Def's *Pro Se* Motion for PDR (COAP16-716) | Dismissed |
| 430P16 | Brian Reavis v. State of North Carolina | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **11/23/2016** |